IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO LIGAMERI,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM AND<br>AMAZON LOGISTICS, INC.,<br><br>　　　　　　　　Defendants. | CIVIL ACTION<br><br>NO.: 2:22-cv-04289-JMY |

### STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Plaintiff, Antonio Ligameri, by and through his undersigned counsel, and Defendants, Amazon.com and Amazon Logistics, Inc., by and through their undersigned counsel, hereby stipulate to dismiss this action pursuant to FRCP 41(a)(1)(A)(ii) without prejudice.

Respectfully Submitted,

| | |
|---|---|
| On behalf of Plaintiff, Antonio Ligameri | On behalf of Amazon.com and Amazon Logistics, Inc. |
| _____<br>Benjamin J. Simmons, Esquire<br>DeFino Law Associates, P.C.<br>2541 South Broad Street<br>Philadelphia, PA 19148<br>(215) 551-9099<br>bsimmons@definolawyers.com<br>Attorneys for Plaintiff,<br>*Antonio Ligameri* | *s/ Jared M. Smith*_____<br>Jared M. Smith, Esquire<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>(215) 606-3907<br>Jared.Smith@wilsonelser.com<br>Attorney for Defendants,<br>Amazon.com and Amazon Logistics, Inc. |

It is so **ORDERED,**

BY THE COURT:

_____
John Milton Younge,
United States District Court Judge

277639180v.1